# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | TEXAS |

UNITED STATES OF AMERICA
V.

Gustavo VARGAS-Aguilar
Y.O.B: 1993
Mexican Citizen

United States District Court
Southern District of Texas
**FILED**

**MAY 1 7 2014**

, **Clerk of Court**

## CRIMINAL COMPLAINT

Case Number: M-14-979-M

I, Jean-Paul Reneau, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about May 16, 2014 in Hidalgo County, in the Southern District of Texas Defendant(s) did,

Knowing or in reckless disregard of the fact that Isias AGUILAR-Perez a citizen of Mexico, and Argelio MARTINEZ-Perez a citizen of Guatemala and noncitizens of the United States, who have come to, entered, or remained in the United States in violation of law, transports, or moves, or attempts to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law or aids and abets the commission of said acts.

in violation of Title  8  United States Code, Section(s)  1324  .

I further state that I am a(n)  Special Agent  And that this complaint is based on the following facts:
_Official Title_

See Attachment "A"

Continued on the attached sheet and made a part of this complaint:  ☒ Yes  ☐ No

Telephonically approved
by AUSA: Kimberly Leo

_Signature of Complainant_

Jean-Paul Reneau
_Printed Name of Complainant_

Sworn to before me and signed in my presence,

5/17/2014                                    at   McAllen, Texas
_Date_                                             _City and State_

U.S. Magistrate Judge Dorina Ramos
_Name and Title of Judicial Officer_                _Signature of Judicial Officer_

Attachment "A"

On May 16, 2014, HSI McAllen assisted the La Joya, Texas Police Department regarding a rollover accident that occurred in La Joya, Texas, at approximately 1012 hours. The accident occurred after a vehicle loaded with undocumented aliens (UDAs) failed to yield to police. The driver of the load vehicle fled and a police pursuit ensued. The driver of the vehicle lost control and rolled the load vehicle over multiple times. La Joya Police arrived on scene and apprehended sixteen (16) subjects attempting to flee on foot.

Upon further surveying the accident scene, officers located one female UDA deceased and several UDAs who sustained major injuries. Emergency Medical Services (EMS) arrived on scene and transported a total of 15 UDAs to local area hospitals for treatment. Preliminary interviews of the UDAs and a review of the pursuing officer's dash-cam video, resulted in a description of the load driver who fled the accident scene on foot as wearing a red sweater with blue jean shorts.

At approximately 1700 hours, La Joya Police was contacted by a concerned citizen regarding a subject matching the description of the load driver who fled the accident scene. The individual was subsequently identified as Gustavo VARGAS-Aguilar who was taken to the La Joya, Police Department for further questioning.

During a post-Miranda interview, VARGAS admitted to being hired to pick up the smuggled UDAs at a predetermined location and transport them to an unidentified UDA stash house. VARGAS stated he met with two smugglers, who provided him with the load vehicle, after which he followed one of the smugglers to the pickup location where he picked up the UDAs. VARGAS stated he then followed the smugglers out of the area and subsequently ended up in La Joya where police attempted to stop him. VARGAS admitted to failing to stop for police and leading them on a high speed pursuit and losing control of the vehicle resulting in the accident.

VARGAS admitted that following the vehicle accident he proceeded to a residence near the area that was being renovated. While "hiding" in the residence, VARGAS discarded his original red sweater and was provided a blue sweater by an individual renovating the residence.

VARGAS stated that he was going to be paid $200.00 dollars to transport the UDA's.


Isias AGUILAR-Perez, a citizen of Mexico who has no legal status in the United States, stated that he crossed the Rio Grande River and entered a white Sports Utility Vehicle (SUV). AGUILAR stated that the driver of the vehicle was wearing a red long sleeve shirt. AGUILAR stated that the SUV was wrecked shortly after he entered at which time he was apprehended by members of the United States Border Patrol. AGUILAR claimed that one (1) female UDA was riding in the front passenger seat of the vehicle.

Argelio MARTINEZ-Perez, a citizen of Guatemala who has no legal status in the United States, stated that he crossed the Rio Grande River and entered into a white Chevrolet Tahoe. MARTINEZ claimed that the driver of the vehicle never exited the vehicle and that he did not see who the driver of the vehicle was. MARTINEZ claimed that he was placed in the rear of the vehicle underneath several other UDA's. Shortly after the vehicle accident occurred MARTINEZ claimed that he was apprehended by members of the United States Border Patrol. MARTINEZ claimed that one (1) female UDA was riding in the front passenger seat of the vehicle.